■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES HIGGENS, Also Known as JAMES HIGGINS, Appellant. —

Judgment of the Supreme Court, New York County (Soloff, J., at sentence; Lander, J., at trial; McCooe, J., at *Huntley* hearing), rendered on April 6, 1983, convicting defendant, following a jury trial, of burglary in the second degree and criminal trespass in the second degree and sentencing him to concurrent indeterminate terms of imprisonment of from 1½ to 4½ years and 1 to 3 years, respectively, is modified, on the law, to the extent of reducing defendant's sentence on the criminal trespass count to one year, and otherwise affirmed.

The People acknowledge that the indeterminate sentence of 1 to 3 years which was imposed upon the defendant pursuant to his conviction for criminal trespass in the second degree, a class A misdemeanor, is illegal. The maximum permissible sentence for a class A misdemeanor is a definite term not to exceed one year. (Penal Law § 70.15 [1].) Concur — Sullivan, J. P., Asch, Milonas and Kassal, JJ.